IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**GET LOUD ARKANSAS,** *et al.*

                            **Plaintiffs,**

    v.

**JOHN THURSTON,** *et al.*

                            **Defendants.**

Case No. 5:24-cv-05121-TLB

**RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION**

Separate Defendant Becky Lewallen (hereinafter referred to as "Defendant") hereby responds to Plaintiffs' Motion for Preliminary Injunction (hereinafter referred to as the "Motion") as follows:

1. Admitted.

2. Admitted.

3. Denied.

4. The referenced portion of the U.S. Code speaks for itself. Otherwise, denied.

5. Denied.

6. Admitted.

7. Denied.

8. Denied.

9. The allegations contained in paragraph 9 of the Motion are legal conclusions and statements of counsel, which require no response. To the extent that a response could be required, Defendant denies the allegations.

10. The allegations contained in paragraph 10 of the Motion are legal conclusions and statements of counsel, which require no response. To the extent that a response could be required, Defendant denies the allegations.

WHEREFORE, the Defendant prays that the Plaintiffs' Motion be denied and for any and all other just and proper relief to which she is entitled.

>Respectfully submitted,
>
>BECKY LEWALLEN, In her official capacity as Washington County Clerk
>
>By:  /s/ Brian R. Lester
>Brian R. Lester
>WASHINGTON COUNTY ATTORNEY
>Arkansas Bar No.: 2007036
>280 N. College Ave., Suite 500
>Fayetteville, AR  72701
>Telephone:  (479) 444-1700
>Facsimile:  (479) 445-6939
>blester@washingtoncountyar.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on July 2, 2024, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

>/s/ Brian R. Lester
>Brian R. Lester