## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

| | |
|---|---|
| GET LOUD ARKANSAS; VOTE.ORG; NIKKI PASTOR; and TRINITY "BLAKE" LOPER | Civil Action |
| Plaintiffs, | Case No. 5:24-cv-05121-TLB |
| *v.*<br>JOHN THRUSTON; SHARON BROOKS; JAMIE CLEMMER; BILENDA HARRIS-RITTER; WILLIAM LUTHER; JAMES HARMON SMITH, III; and JOHNATHAN WILLIAMS, in their official capacity as Commissioners of the Arkansas State Board of Election Commissioners; BETSY HARRELL, in her official capacity as Benton County Clerk; BECKY LEWALLEN, in her official capacity as Washington County Clerk; and TERRI HOLLINGSWORTH, in her official capacity as Pulaski County Clerk, | **DEFENDANT HOLLINGSWORTH RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION** |
| Defendants, | |

## DEFENDANT TERRI HOLLINGSWORTH'S RESPONSE TO THE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Comes now the Defendant, Terri Hollingsworth, in her official capacity as Pulaski County Clerk, by and through her counsel, the Pulaski County Attorney's Office, to express her opposition to Plaintiffs' Motion for Preliminary Injunction states the following:

1.     Defendant Hollingsworth admits the statements in paragraph one (1) of Plaintiffs' Motion for Preliminary Injunction.

2.      Defendant Hollingsworth admits the statements in paragraph two (2) of Plaintiffs' Motion for Preliminary Injunction.

3.      Defendant Hollingsworth admits the statements in paragraph three (3) of Plaintiffs' Motion for Preliminary Injunction.

4.      Defendant Hollingsworth admits the statements in paragraph four (4) of Plaintiffs' Motion for Preliminary Injunction.

5.      Defendant Hollingsworth admits the statements in paragraph five (5) of Plaintiffs' Motion for Preliminary Injunction.

6.      Defendant Hollingsworth admits the statements in paragraph six (6) of Plaintiffs' Motion for Preliminary Injunction.

7.      Defendant Hollingsworth admits the statements in paragraph seven (7) of Plaintiffs' Motion for Preliminary Injunction.

8.      Defendant Hollingsworth admits the statements in paragraph eight (8) of Plaintiffs' Motion for Preliminary Injunction.

9.      Defendant Hollingsworth admits the statements in paragraph nine (9) of Plaintiffs' Motion for Preliminary Injunction.

10.      Defendant Hollingsworth admits the statements paragraph ten (10) of Plaintiffs' Motion for Preliminary Injunction.

11.      Defendant Hollingsworth denies the "WHEREFORE" paragraph of the Plaintiffs' Motion for Preliminary Injunction. Defendant Hollingsworth should not be a party to this action or subject to the preliminary injunction for the reasons stated in her Motion to Dismiss and Brief, which are incorporated herein by reference

pursuant to Rule 10(c) of the Federal Rules of Civil Procedure. The Plaintiffs have not pled any facts which show that Defendant Hollingsworth has injured them. Because the Plaintiffs have no cause of action against the Defendant, Plaintiffs cannot satisfy the elements necessary for a preliminary injunction which enjoins her. The motion must therefore be denied.

WHEREFORE, Defendant Hollingsworth prays that the Motion for Preliminary Injunction be denied as it pertains to her, that she be removed from this action, and for all other relief to which she may be entitled.

Respectfully submitted,
PULASKI COUNTY ATTORNEY'S OFFICE
201 South Broadway, Suite 400
Little Rock, Arkansas 72201
(Phone) 501-340-8285
(Fascimile) 501-340-8282
(Email) dlane@pulaskicounty.net


By: Dominique Lane
ADAM FOGLEMAN, Ark Bar # 2009234
Pulaski County Attorney
HAMILTON KEMP, Ark Bar # 2008283
Deputy Chief County Attorney
DOMINIQUE LANE, Ark. Bar # 2019177
Deputy County Attorney
JENNIFER LINK, Ark. Bar # 2017173
Deputy County Attorney

<u>CERTIFICATE OF SERVICE</u>

I, the undersigned, do hereby certify that on this date, I have delivered a true copy of the above pleading to the parties listed below by providing a copy through the Court's e-filing system pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

**Elias Law Group LLP**
Usoma N. Nkwonta (DC 975323)
Christopher D. Dodge (DC 90011587)
Omeed Alerasool (DC 90006578)
Julie Zuckerbrod (DC 1781133)
250 Massachusetts Av. NW Suite 400
Washington, DC 20001
T: (202) 968-4490
F: (202) 968-4498
unkwonta@elias.law
cdodge@elias.law
oalerasool@elias.law
jzuckerbrod@elias.law

**Shults Law Firm LLP**
Peter Shults (Ark. 2019021)
Amanda G. Orcutt (Ark. 2019102)
Steven Shults (Ark. 78139)
200 West Capitol Ave., Suite 1600
Little Rock, AR 72201
T: (501) 375-2301
F: (501) 375-6861
pshults@shultslaw.com
aorcutt@shultslaw.com
sshults@shultslaw.com

*Attorneys for the Plaintiffs*

/s/ Dominique Lane
Dominique Lane

Date: July 25, 2024