IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**GET LOUD ARKANSAS, et al.,**                                                              **PLAINTIFF**

v.                              **CASE NO. 5:24-CV-05121-TLB**

**JOHN THURSTON, et al.,**                                                                **DEFENDANTS**

### NOTICE OF APPEAL

Defendants John Thurston, Sharon Brooks, Jamie Clemmer, Bilenda Harris-Ritter, William Luther, James Harmon Smith, III, and Johnathan Williams, in their official capacities as Commissioners of the State Board of Election Commissioners (collectively, the "SBEC"), give notice of their appeal to the United States Court of Appeals for the Eighth Circuit from this Court's bench ruling issued on August 29, 2024, *see* ECF No. 65, granting Plaintiffs' Motion for Preliminary Injunction, *see* ECF No. 46, and ordering from the bench that Defendants were "PRELIMINARILY ENJOINED from enforcing the wet signature rule AND from rejecting or refusing to accept any voter registration application on the grounds that it was signed with a digital or electronic signature." ECF No. 65.

The Eighth Circuit has jurisdiction because this is an appeal from an interlocutory order of a district court of the United States granting a preliminary injunction. 28 U.S.C. § 1292(a)(1).

Respectfully submitted,

Byron Freeland, Ark. Bar No. 72039
Graham Talley, Ark. Bar No. 2015159
**MITCHELL, WILLIAMS, SELIG,**
**GATES & WOODYARD, PLLC**
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Phone: (501) 688-8800
Fax: (501) 688-8807
Email: bfreeland@mwlaw.com
        gtalley@mwlaw.com