# U.S. COURT OF APPEALS - EIGHTH CIRCUIT
# NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet or attach an amended docket sheet with the final style of the case.

Western District of Arkansas  -  FAYETTEVILLE DIVISION

**Civil Case Number  5:24CV5121,  Get Loud Arkansas et al v.  John Thurston et al**

Length of Trial:  INTERLOCUTORY APPEAL of document 65 Minutes for Bench Ruling

Financial Status:     Fee Paid?                                              YES

        If NO, has IFP been granted?                     Choose an item.

        Is there a pending motion for IFP?              Choose an item.

Are there any other post-judgment motions?           Choose an item.

Please identify the court reporter.

        If no court reporter, please check  ☐

        Name and Phone Number        **Paula Barden (479) 695-4460**

SPECIAL COMMENTS:         INTERLOCUTORY APPEAL