# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2810

Get Loud Arkansas, et al.

Appellees

v.

John Thurston, in his official capacity as Commissioner of the Arkansas State Board of Election Commissioners, et al.

Appellants

Betsy Harrell, in her official capacity as Benton County Clerk, et al.

------------------------------

Center for Election Confidence, Inc., et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:24-cv-05121-TLB)

---

**ORDER**

Appellants' motion for a stay pending appeal is granted. The temporary administrative stay granted by this court on September 13, 2024, is converted to a stay pending appeal. The district court's preliminary injunction enjoining Appellants, their respective agents, officers, employees, and successors, and all persons acting in concert with each or any of them, from enforcing the Wet Signature Rule and from rejecting or refusing to accept any voter registration

application on the ground that it was signed with a digital or electronic signature is hereby stayed pending disposition of this appeal. Judge Smith would deny the motion for stay pending appeal.

October 04, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
           /s/ Maureen W. Gornik